**No. 52386.**—Saji Trading Co., Ltd. *v.* United States, protests 75482–K, etc. (Los Angeles).

163

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of plaster-of-paris figures similar in all material respects to those the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713) and Abstract 41605, the claim at 35 percent under paragraph 205 (e) was sustained.